# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00313-HDM-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MARIO MARTINEZ-MANZO, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (#26) on or before May 26, 2015.

IT IS SO ORDERED.

DATED: This 23rd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE